IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gina M. Miles,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:16cv440

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 16, 2017 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 30, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is REVERSED. This case is hereby REMANDED for an award of benefits pursuant to Sentence Four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

                                                          _/s/ Susan J. Dlott_
                                                          Judge Susan J. Dlott
                                                          United States District Court